UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. G. TURNER, | No. 2:13-cv-905-EFB P |
| Plaintiff, | |
| v. | ORDER |
| WOODLAND CITY POLICE, et al., | |
| Defendants. | |

After this civil rights action was closed and judgment duly entered, *see* ECF Nos. 13, 14, plaintiff filed an amended complaint, ECF No. 17.  The court takes no action on plaintiff's filing as this case is now closed.  Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated:  October 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE